JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Quality Loan Service Corp., | Case No. EDCV 16-00471 JLS (SPx) |
| Petitioner, | JUDGMENT |
| v. | |
| All Claimants to Surplus Funds After Trustee's Sale of Real Property Located at: 74607 Candlewood Street Palm Desert, CA 92260 | |
| Respondents. | |

1  Based on the briefing submitted in support of Claimant United States of America's Motion to Distribute Proceeds:

**IT IS ORDERED** that the Motion to Distribute Proceeds is GRANTED. The State of California Franchise Tax Board shall retain $19,226.97 and pay $42,533.65 to the United States Department of Justice for partial satisfaction of the income tax liabilities of Robert Burton for tax year 2005.  Payment will be issued within 90 days of the entry of this Judgment and mailed to the United States at the following address:

    AUSA Gavin Greene

    300 N. Los Angeles St.

    Los Angeles, CA 90012

**IT IS SO ORDERED.**

DATED: June 29, 2016

_____

JOSEPHINE L. STATON
United States District Judge